**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>                    v.<br><br>KENNETH TOSADO PEREZ<br>    Defendant. | Criminal no. 20-347 (SCC) |

**MOTION TO INFORM WAIVER OF APPEARANCE AT ARRAIGNMENT FORM**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Tosado Pérez, and respectfully states and prays as follows:

Attached to the current motion is Mr. Tosado Perez's Waiver of Appearance at Arraignment Form.

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 10th day of November 2020.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com