IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>                 v.<br><br>KENNETH TOSADO PEREZ<br>    Defendant. | Criminal no. 20-347 (SCC) |

**MOTION REQUESTING AUTHORIZATION TO FILE CJA VOUCHER**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Tosado Pérez, and respectfully states and prays as follows:

1. The undersigned was appointed to represent Mr. Tosado Perez under the Criminal Justice Act on October 28, 2020. (*See* Docket Entry # 4)

2. On October 27, 2021, attorney Vázquez Torres filed her Notice of Appearance on behalf of Mr. Tosado Pérez. (*See* Docket Entry #35)

3. A motion to withdraw has been filed by the undersigned. (*See* Docket #36).

4. The following motion seeks authorization from the Court to file a CJA Payment Voucher since authorization is required from the presiding officer if a voucher is filed before the entry of judgment.

5. This case is still pending resolution.

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion and authorize the Motion for Authorization to File CJA Voucher.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of October 2021.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com
